Joseph Cohen, Respondent, v. The Manufacturers' Red Book Publishing Company and Others, Appellants, Impleaded with George Meyer.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

John Cox, Respondent, v. Joseph Hay, Appellant.— The judgment of the Municipal Court is reversed and a new trial ordered, costs to abide the event, it appearing to this court that the plaintiff did not establish his cause of action by that fair preponderance of evidence which the law requires. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Bartholomew D'Albora, Appellant, v. Edward N. Loomis, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Maria S. Days, Respondent, v. The Long Island Railroad Company, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ., concurred.

Frederick C. Deer, an Infant, by Louis C. Deer, His Guardian ad Litem, Respondent, v. Robert E. Hopkins, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

Lena Dieterlen, as Administratrix, etc., of Henry A. Dieterlen, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Lena Doniger, Respondent, v. Sigmund Lasarovitz and Others, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Charles J. Geiser, Appellant, v. Joseph Brust and Elias Reiss, Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Fred W. Giegerich, Respondent, v. August Kuhnla, Appellant.— Order affirmed on argument, with ten dollars costs and disbursements. Hirschberg, P. J., Woodward, Jenks, Thomas and Miller, JJ., concurred.

Samuel Gofth, Respondent, v. Adams Express Company, Appellant.— Judgment and order of the County Court of Orange county affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Aaron M. Goodman, Respondent, v. Thomas G. Casey, Appellant. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

C. S. Goss & Company, Respondent, v. James A. P. Ramsdell and Others, as